JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TOM HUSSEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STYLE PANTRY, LLC, *et al.*,<br><br>Defendants. | Case No. CV 20-00721-AB (JCx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 3, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.