Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Elina E. Kharit, Esq. (SBN 261029)
ekharit@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Hussey, an individual<br><br>Plaintiff<br><br>vs.<br><br>Style Pantry, LLC,<br><br>Defendant | Case No.: 2:20-cv-00721-AB-JC<br>*Hon. André Birotte Jr. Presiding*<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[(Proposed) Order filed concurrently herewith]** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Tom Hussey ("Plaintiff"), on the one hand, and Defendant Style Pantry LLC, on the other, hereby STIPULATE as follows:

1. This action be dismissed in its entirety with prejudice; and
2. Each party is to bear its own costs and fees as incurred in connection with this action.

**SO STIPULATED.**

Respectfully submitted,

Dated: August 20, 2020　　　　DONIGER / BURROUGHS APC

　　　　　　　　　　　　　　 /s/ Elina Kharit
　　　　　　　　　　　　　　Stephen M. Doniger, Esq.
　　　　　　　　　　　　　　Elina E. Kharit, Esq.
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　Tom Hussey

Dated: August 20, 2020

/s/ Joshua Eichenstein　　　　/s/ Jimi Kolawole
Joshua Eichenstein　　　　　　Jimi Kolawole (*pro hac vice*)
joshua@eichiplaw.com　　　　Kolawole Law Firm LLC
Eichenstein Law Firm P.C.　　7517 Cedar Grove Lane,
5042 Wilshire Blvd. #462　　 Elkridge, MD. 21075
Los Angeles, CA 90036　　　 443 546 8146 |
Telephone: (310) 237-5676　 oakolawole@justklf.com
Local Counsel for Defendant　Fax: 240 713 3242
Style Pantry LLC　　　　　　 Attorneys for Defendant Style Pantry LLC

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: August 20, 2020  By:  *Elina E Kharit*
Elina E. Kharit, Esq